USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
HASAN CELIKER,                                                   :
:
:
:
                                    Plaintiff,                   :
:            1:24-cv-9827-GHW
                -against-                                        :
:            ORDER
:
WHOLE FOODS MARKET GROUP, INC.,                                  :
:
                                    Defendant.                   :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on December 20, 2024. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than January 24, 2025.

SO ORDERED.

Dated: January 10, 2025
       New York, New York                          _____
                                                        GREGORY H. WOODS
                                                     United States District Judge