```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
HASAN CELIKER,                                                :
                                                              :
                              Plaintiff,                      :    1:24-cv-9827-GHW
                                                              :
                -v-                                           :    ORDER
                                                              :
WHOLE FOODS MARKET GROUP, INC., *et al.*,                     :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    By letter dated July 3, 2025, the parties informed the Court that they have conferred and consent to remand this case to the New York State Supreme Court, County of New York on the basis that this Court lacks subject matter jurisdiction over the case. Dkt. No. 29. Therefore, the Clerk of Court is directed to terminate all pending motions, to adjourn all dates and deadlines, and to remand this case to New York State Supreme Court in New York County without delay.

    SO ORDERED.

Dated: July 3, 2025

                                                                           GREGORY H. WOODS
                                                                 United States District Judge